

# Fourth Court of Appeals
## San Antonio, Texas

January 17, 2019

No. 04-17-00223-CV

Maria Lidia **GONZALEZ**, et al.,
Appellants

v.

Estate of Idelfonso **RAMIREZ**,
Appellee

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 6215
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

The appellees' unopposed second motion for extension of time to file response is hereby GRANTED. Time is extended to January 28, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of January, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court